PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
APR 15 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___HU___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Antonio Andres Garcia #01052874__
Plaintiff's Name and ID Number

__TDCJ-ID Coffield Unit__
Place of Confinement

CASE NO. __SA24CA0391 FB__
(Clerk will assign the number)

v.

__Disciplinary Dept. of TDCJ__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
  B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: last quarter of 2023
   2. Parties to previous lawsuit:
      Plaintiff(s) Antonio Andres Garcia  TDCJ # 00052874
      Defendant(s) US. TX Legislators, Dist-Ct. (2) - Mail Dept. of TDCJ (1)
   3. Court: (If federal, name the district; if state, name the county.) Tyler Division of Eastern Dist. (3)
   4. Cause number: 6:23-cv-0056 - 6:23-cv-619 - 6:23-cv-614
   5. Name of judge to whom case was assigned: Jdk - ??? Dist. Judge (3)
   6. Disposition: (Was the case dismissed, appealed, still pending?) pending
   7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ-ID - Coffield Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. ATTACHED

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Antonio Andres Garcia TDCJ #01052874
2661 FM 2054
Tennessee Colony TX 75382

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Disciplinary Dept. of TDCJ

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Falsified Documents, False Accusation, Failure to follow Procedures, Cruel & unusual Punishment

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Night shift sargent Whaley a cell search while plaintiff was in the dayroom. Several other officers joined the search. Under supervisor and witness participation officer Birch confiscated a sealed bowl that contained fruit in. Said officer wrote plaintiff up for possession of alcoholic beverage. Investigating supervisor failed to identify the confiscated material as what it was. Fruit. and cosigned the product as alcoholic beverage. Disciplinary captain and substitute counsel followed suit with charging officer. Furthermore, disciplinary Dept. policy changed the policy of charge and failed to follow procedure in and when they identified my case as a possession of fruit and not beverage. Failed to notify me of change and refused to allow me to appeal due to change of policy multiple times.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Remove case from record, reinstate good time, work time as if incident never took place. To include line class.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Antonio, Tony, Ronslow

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ #01052894, SID #05977762, Dont Know Bexar or Guadalupe co. Jails #'s

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES  /  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division): _____
 2. Case number: _____
 3. Approximate date sanctions were imposed: _____
 4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  __✓__ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: March 30, 24
              DATE

Antonio Andres Garcia
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __30__ day of __March__, 20 __24__.
             (Day)           (month)        (year)

Antonio Andres Garcia
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15



**Texas Department of Criminal Justice**

# STEP 1
## INMATE GRIEVANCE FORM

H-421

**OFFICE USE C**

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Inmate: _____

Inmate Name: Antonio A. Garcia      TDCJ # 1052874
Unit: Coffield      Housing Assignment: Seg
Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____    When? _____
What was their response? _____
What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

This is an appeal out of McConnell for a case I received while I was on I belive in "D"-pod night shift, B-card I belive wrote me up. A female.
A cell search was conducted and the officer took my food that was in a bag. The food was fruit. It did not have an achoholic smell to it. It did not contain any other items to make achoholic drink with, nor any other items like bags or containers thats needed to make/hold the acholohic drink in, during the cell search. Yet the D.S.C. captin still found me guilty for an ~~achooli~~ acholic drink. FEB 27 2024

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM         (OVER)

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

ction Requested to Resolve Your Complaint.
Remove the case from my records give me all my good time taken due to case back.

Inmate Signature: Bob Anthony      Date: Feb-23, 24

**Grievance Response:**

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when corrections are made.
- [x] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: M. Lakin / M. Lakin UGI III

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**
Initial Submission      UGI Initials: ML
Grievance #: 2024072611
Screening Criteria Used: 01
Date Recd from Inmate: 2/27/2024
Date Returned to Inmate: 2/27/2024

2nd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

3rd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Inmate: _____
Date Returned to Inmate: _____

I-127 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

H-421B

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Administrative Review and Risk Management
## Inmate Grievance
## NOTICE OF IMPROPERLY SUBMITTED GRIEVANCE

**DATE:** 3/4/2024

**NAME:** Garcia, Antonio

**TDCJ #:** 1052874

**UNIT:** CO

Your documents received in this office have been reviewed and a response is indicated below. **If you need additional information or assistance, you may contact the Unit Grievance Investigator.**

☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

☐ Your Step 1 grievance(s) was properly screened.

☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.

☒ You may not submit a Step 2 appeal on a Step 1 grievance that was <u>screened</u> using one of the screening criteria and returned to you unprocessed.

**Comments:**

# Texas Department of Criminal Justice

## STEP 2
### INMATE GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

Inmate Name: Antonio A. Garcia   TDCJ # 1052874
Unit: CO   Housing Assignment: Seg
Unit where incident occurred: M'Connell

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

The case states possession of Achololic beverage

The picture is plainly a Bag of fruit.

Case no. 20110020612
    or
    20030290374

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM         (OVER)

I-128 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix G

**Inmate Signature:** _[signature]_  **Date:** March 3rd, 2024

**Grievance Response:**

 

**Signature Authority:** _____  **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**   CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments:_____
Date Returned to Inmate:_____

**2nd Submission**   CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments:_____
Date Returned to Inmate:_____

**3rd Submission**   CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
(check one) ____Screened ____Improperly Submitted
Comments:_____
Date Returned to Inmate:_____

I-128 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix G

Antonio A. Garcia
TDCJ # 01052874 C0
2661 FM 2054
Tennesse Colony TX 75884

U.S. Dist. Ct.
Western Dist.
262 W. Nueva Ste 1-400
S.A.T.X. 78207

March 31, 2024

RE: TDCJ-ID Disciplinary Case 20110020612 or 20080290376 - Possession

Enclosed is an Application for a Federal habeas corpus, Application for 1983 Act litigation (Appeal) an IFP Application and Complaint, Step 1 Grievance and Step 2. Appellant desires this court to enact Jurisdiction over this case for relief.

Respectfully submitted,
[signature]

---

# IN THE U.S. DIST. CT. OF THE WESTERN DIST. OF THE SAN ANTONIO DIVISION OF TEXAS

Antonio Andres Garcia        V.    TDCJ-ID- Disciplinary Dept.
TDCJ # 01052874              V.    Possession Charge/Conviction
March 31, 2024               V.    Case No. 20110020612 or 20080290376

Now comes Appellant in this court to envoke Jurisdiction of this court in this case. Appellant files in this court this date mentioned above this motion, Step 1 & 2 Grievance, 1983 Form, 2254 Application & IFP Application. For a TDCJ-Disciplinary case wrote by a Female Officer on 2-B. At McConnell. Against Appellant.

## MOTION TO FILE APPEAL/COMPLAINT.

In accordance to Ct. Rules Appellant moves this court and complies with filing rules here within this motion.
— Jurisdiction — Appellant was convicted of a Federal charge of Carjacking in State court in Guadelupe Co. Dist. Ct. Cause No. 00-1450-CR in May 2001.

and has appealed to Federal Jurisdiction. Said court and charge falls within this courts jurisdiction.
- Appellant has filed a pending suit against the State that pertains with Cause No. 00-1450-CR sentence in 1983 Acts Rules Jurisdiction.
- Said State Dept. is in this courts jurisdiction for several suits that have been final and safe to say will be in again.
- Department Appellant is in custody of is within this ct. Jurisdiction.
- State Agency is defined as the Gov. Thus conflict of interest in further dealings with the State. Thus Federal Jurisdiction.
- location and time of charge falls within Federal Jurisdiction for suits filed against Dept.
- location of charge falls within Federal Jurisdiction.

### TDCJ-ID Departments Jurisdiction

- Appellant fell under TDCJ Jurisdiction and said Dept. Jurisdiction within this courts jurisdiction at Bexar County Jail upon transfer to TDCJ Transportation Dept.
- Said Dept. is responsible for policy writing of policy in question.
- Said Dept. is responsible for procedure writing of procedures in question.
- Said Dept. is the charging authority in case.
- Said Dept. is responsible for punishment enforcement.
- Said Dept. is the authoritive Dept. of Appeals.

### Jurisdiction of 1983 Act Rules

- Appellant and other inmates have filed suits/complaints/appeals against said Dept. Yet acts such as my case/complaint is present.
- Appellant has filed a complaint within jurisdiction of rules in appeals 5th circuit against said Dept.
- Appellant is a person in State custody.
- Ct. rulings and orders and judgments against Dept. imposed within rules jurisdiction.

### Complaint

Appellant was in the dayroom at night shift 13 card (2-B) and a cell search was conducted by a sargent and 2 female officers

Appellant observed an officer remove a bowl appellant had in the cell with food in it. Officer wrote appellant a case for possession of achoholic beverage. To include on the case it clearly states bag of fruit. Not achohol. Appellant disputed the charge and was still found guilty. To include the bowl that was confiscated. TDCJ disciplinary dept. allows officers to write cases such as mine and find them guilty of a charge that isn't in the evidence. Example, bag of fruit, is written in my case. Not Acho alcholcic substance, paviphanalia, mutinal to distile, ect. They wrote exactly what was confiscated bag of fruit. It is not against rules to store food for later consumption. I was in the dayroom. Yet still found guilty for possession of something that was not found or present.

This violates, due course (process) of law, cruel & unusual punishment, violations of TDCJ rules and procedures of evidence, discription of a charge to include rules violation by hearing officer, substitute counsel. No assistance from none of them, ineffective assistance of counsel, unfair trial and insufficient evidence.

Furthermore, the denial to right to appeal. By time regulations of appeals disrupts my right to appeal. Sometimes all evidence is not accessable, presentable or because everyone is down with such act. An out of time appeal option is needed cause captin (hearing officer), substitute counsel wont be there for ever and someone can appeal without prejudice later.

### RELIEF

Remove case from record, adjust line class, good time - work time as if case never happend.

For the record identify the bowl food was in and identify it as confisicated and not returned nor confisication papers given.

Respectfully submitted,

*[signature]*