UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ANTONIO ANDRES GARCIA,** <br> **# 01052874** <br> **Plaintiff,** <br><br> v. <br><br> **DISCIPLINARY DEP'T of TDCJ,** <br><br> **Defendant.** | § <br> § <br> § <br> § <br> §   SA-24-CV-00391-FB <br> § <br> § <br> § <br> § <br> § |

## JUDGEMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Antonio Andres Garcia's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure for failure to respond to the Court's Order to Show Cause, as well as for failure to prosecute, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Antonio Andres Garcia's Section 1983 claims against Defendant, the Disciplinary Department of the TDCJ, are **DISMISSED WITHOUT PREJUDICE** for failure to respond to the Court's Order to Show Cause, as well as for failure to prosecute.

SIGNED this 22nd day of October, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE